IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRONTEXACO CORP, <br> Plaintiff, <br> v. <br> AMC LIQUIDATION SERVICES, <br> Defendant. _____/ | No. C 02-03359 CRB <br><br> **ORDER TO SHOW CAUSE** |

In June 2003, defendant AMC Liquidation Services filed for bankruptcy. The Court severed the claims against the remaining defendants and transferred them to Magistrate Judge Elizabeth LaPorte. Those claims were resolved in September 2004. Since that time plaintiff has not communicated with the Court.

Accordingly, plaintiff is ordered to show cause why the claims against AMC Liquidation Services should not be dismissed for a lack of prosecution. Plaintiff shall file its response on or before February 1, 2008. If AMC Liquidation Service's bankruptcy proceedings are still not complete, plaintiff shall provide the Court with a statement of the status of the bankruptcy proceedings and an indication as to whether plaintiff intends to

//

//

//

prosecute this action.

**IT IS SO ORDERED.**

Dated: January 16, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE