IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRONTEXACO CORPORATION and CHEVRON U.S.A. INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMC LIQUIDATION SERVICES,<br><br>Defendants. | No. C 02-3359 CRB<br><br>**ORDER** |

The Court issued an Order To Show Cause why this action should not be dismissed for a failure to prosecute. In response, plaintiffs explained that they do not wish to further prosecute this matter. Accordingly, this action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: February 11, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2002\3359\orderofdismissal.wpd